

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00387-CV

**IN RE S.J.** and K.T.J.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA01630
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                    Luz Elena D. Chapa, Justice
                    Irene Rios, Justice

Delivered and Filed:  November 7, 2018

DISMISSED FOR WANT OF PROSECUTION

On October 4, 2018, we issued an order stating the appellant's brief was overdue and that no motion for an extension of time to file the brief had been filed. We ordered appellant to file the brief and a written response reasonably explaining appellant's failure to timely file the brief, and stated that if appellant did not comply with our order by October 15, 2018, the appeal may be dismissed. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Appellant has not filed the brief, a motion for an extension of time to file the brief, or any other written response to this court's order. We therefore dismiss this appeal for want of prosecution. *See id.*

PER CURIAM